UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| GEOFFREY HANSSLER and | § | |
| ELIZABETH HANSSLER | § | Case Number: 16-81208 |
| | § | |
| Debtors. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __December 15,___, 2016, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney John Hiltz
53 West Jackson Blvd Suite 205
Chicago, IL 60604

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)

| | | |
|---|---|---|
| Geoffrey V Hanssler<br>420 Mason Lane<br>Lake in the Hills, IL 60156-4446 | Elizabeth G Hanssler<br>420 Mason Lane<br>Lake in the Hills, IL 60156-4446 | Manufacturers and Traders Trust Company, a,<br>Chase Records Center<br>700 Kansas Lane, Mail Code LA4-5555<br>Monroe, LA 71203-4774 |
| Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Canterbury Farm<br>14N200 Thrunau Rd.<br>Hampshire, IL 60140-6101 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224-0696 | |
| (c)DITECH FINANCIAL LLC<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN 55101-1311 | Ditech Financial Llc<br>Po Box 6172<br>Rapid City, SD 57709-6172 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Keybank NA<br>Attention: Recovery Payment Pr<br>4910 Tiedeman Road (Routing Code: 08-01-<br>Brooklyn, OH 44144-2338 | Kyla Bryan<br>7215 Bannockburn Circle<br>Lakewood, IL 60014-6808 | Manufacturers and Traders Trust Company, a,<br>c/o Heavner, Beyers & Mihlar, LLC<br>Post Office Box 740<br>Decatur, IL 62525-0740 |