# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: HANSSLER, GEOFFREY V.      §    Case No. 16-81208
     HANSSLER, ELIZABETH G.      §
                                       §
Debtor(s)                                       §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $609,706.92 *(without deducting any secured claims)* | Assets Exempt: $81,675.29 |
| Total Distribution to Claimants: $16,415.98 | Claims Discharged Without Payment: $12,542.34 |
| Total Expenses of Administration: $4,287.02 | |

3) Total gross receipts of $ 20,703.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,703.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $649,979.67 | $649,979.67 | $16,415.98 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,287.02 | 4,287.02 | 4,287.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 12,542.34 | 12,542.34 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $666,809.03 | $666,809.03 | $20,703.00 |

    4) This case was originally filed under Chapter 7 on May 16, 2016. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2017    By: /s/JOSEPH D. OLSEN
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Furniture and general household items | 1129-000 | 5,715.00 |
| 3.1 carat princess cut SI1 clarity | 1129-000 | 5,715.00 |
| Horse (2004 (approx.) warmblood hunter, 16.2 han | 1129-000 | 8,570.00 |
| 2015 State of Illinois Refund | 1229-000 | 703.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,703.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 4110-000 | N/A | 649,979.67 | 649,979.67 | 16,415.98 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$649,979.67** | **$649,979.67** | **$16,415.98** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Attorney Joseph D Olsen | 2100-000 | N/A | 2,820.30 | 2,820.30 | 2,820.30 |
| Trustee Expenses - Joseph D Olsen | 2200-000 | N/A | 36.72 | 36.72 | 36.72 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - Yalden Olsen & Willette | 3110-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,287.02** | **$4,287.02** | **$4,287.02** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One, N.A. | 7100-000 | N/A | 12,542.34 | 12,542.34 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $12,542.34 | $12,542.34 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81208  
**Case Name:** HANSSLER, GEOFFREY V.  
HANSSLER, ELIZABETH G.  
**Period Ending:** 03/08/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/16/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 10/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7530 Inverway Drive, Lakewood, IL 60014-6616, Mc | 467,613.00 | 0.00 | | 0.00 | FA |
| 2 | 423 Berkshire #13, Crystal Lake, IL 60014-0000, | 62,438.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Algonquin Bank & Trust (Account No. 80 | 2,861.24 | 0.00 | | 0.00 | FA |
| 5 | Brokerage: First Trade (Acct. ####3427) | 519.39 | 0.00 | | 0.00 | FA |
| 6 | Furniture and general household items  (See Footnote) | 14,650.00 | 5,480.63 | | 5,715.00 | FA |
| 7 | TV's, Stereos, and personal electronics  (See Footnote) | 2,500.00 | 2,000.00 | | 0.00 | FA |
| 8 | Personal clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9 | 3.1 carat princess cut SI1 clarity  (See Footnote) | 12,000.00 | 10,000.00 | | 5,715.00 | FA |
| 10 | IRA: Charles Schwab (Account No. 6089) | 38,381.30 | Unknown | | 0.00 | FA |
| 11 | IRA: Charles Schwab (Account No. 0178) | 34,793.99 | Unknown | | 0.00 | FA |
| 12 | G.H. Siding, LLC (Involuntarily Dissolved on 5/1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Maverick Exteriors, LLC, 80% ownership | 0.00 | Unknown | | 0.00 | FA |
| 14 | Horse (2004 (approx.) warmblood hunter, 16.2 han (See Footnote) | 20,000.00 | 15,000.00 | | 8,570.00 | FA |
| 15 | Avoidable Transfers - IRA | 0.00 | Unknown | | 0.00 | FA |
| 16 | 2015 State of Illinois Refund  (u) | 703.00 | 703.00 | | 703.00 | FA |
| **16** | **Assets**    Totals (Excluding unknown values) | **$657,059.92** | **$33,183.63** | | **$20,703.00** | **$0.00** |

RE PROP# 6    Offer in Compromise per court order  
RE PROP# 7    Offer in Compromise per court order  
RE PROP# 9    Offer in Compromise per court order  
RE PROP# 14   Offer in Compromise per court order

**Major Activities Affecting Case Closing:**

Printed: 03/08/2017 03:29 PM    V.13.30

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-81208  
**Case Name:** HANSSLER, GEOFFREY V.  
HANSSLER, ELIZABETH G.  
**Period Ending:** 03/08/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/16/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 10/12/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** June 30, 2017  
**Current Projected Date Of Final Report (TFR):** December 14, 2016 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-81208  
**Case Name:** HANSSLER, GEOFFREY V.  
HANSSLER, ELIZABETH G.  
**Taxpayer ID #:** **-***4818  
**Period Ending:** 03/08/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/16 | {16} | Elizabeth & Geoffrey Hanssler | IL tax refund | 1229-000 | 703.00 | | 703.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 693.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 683.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 673.00 |
| 11/17/16 | {14} | Hiltz & Zanig | Settlement payment per court order | 1129-000 | 20,000.00 | | 20,673.00 |
| 11/17/16 | {6} | Hiltz & Zanig LLC Trust Account | Offer In Compromise per court order | 1129-000 | 5,715.00 | | 26,388.00 |
| 11/17/16 | {9} | Hiltz & Zanig LLC Trust Account | Offer in Compromise per court order | 1129-000 | 5,715.00 | | 32,103.00 |
| 11/17/16 | {14} | Hiltz & Zanig LLC Trust Account | Offer in Compromise per court order | 1129-000 | 8,570.00 | | 40,673.00 |
| 11/17/16 | {14} | Hiltz & Zanig | Reversed Deposit 100002 1 Settlement payment per court order | 1129-000 | -20,000.00 | | 20,673.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.50 | 20,660.50 |
| 12/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -12.50 | 20,673.00 |
| 01/10/17 | 101 | Attorney Joseph D Olsen | | 2100-000 | | 2,820.30 | 17,852.70 |
| 01/10/17 | 102 | Joseph D Olsen | | 2200-000 | | 36.72 | 17,815.98 |
| 01/10/17 | 103 | Yalden Olsen & Willette | | 3110-000 | | 1,400.00 | 16,415.98 |
| 01/10/17 | 104 | Internal Revenue Service | | 4110-000 | | 16,415.98 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 20,703.00 | 20,703.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 20,703.00 | 20,703.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$20,703.00** | **$20,703.00** | |

Net Receipts : 20,703.00  
Net Estate : $20,703.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2166** | 20,703.00 | 20,703.00 | 0.00 |
| | $20,703.00 | $20,703.00 | $0.00 |

{} Asset reference(s)

Printed: 03/08/2017 03:29 PM    V.13.30